AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Marcos Antonio Monarrez-Mendoza,<br>a.k.a.: Jesus Santana-Chaparro,<br>(A #087 037 805)<br><br>*Defendant* | Case No. 22-8413MJ |

*DOA 11-23-22*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about November 23, 2022, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a), an offense described as follows:

Marcos Antonio Monarrez-Mendoza, an alien, was found in the United States at or near Phoenix, Arizona, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about August 26, 2018, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: AUSA W. Vinnie Lichvar for AUSA Lindsay L. Short

☒ Continued on the attached sheet.

**BRIAN B BOONE**
Digitally signed by BRIAN B BOONE
Date: 2022.11.25 08:40:30 -07'00'

*Complainant's signature*

Brian Boone,
Deportation Officer
*Printed name and title*

Sworn to telephonically.

Date: November 25, 2022

*Judge's signature*

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Immigration and Customs Enforcement Deportation Officer Brian Boone, declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about November 23, 2022, Marcos Antonio Monarrez-Mendoza was arrested by the Chandler Police Department (CPD) and booked into the Maricopa County Jail (MCJ) on local charges, in Phoenix, Arizona. While incarcerated at the MCJ, ICE agents interviewed Monarrez-Mendoza and determined him to be a citizen of Mexico, unlawfully present in the United States. On the same day, an immigration detainer was lodged with the MCJ for Monarrez-Mendoza. On or about November 24, 2022, Monarrez-Mendoza was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Monarrez-Mendoza was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Marcos Antonio Monarrez-Mendoza to be a citizen of Mexico and a previously deported alien. Monarrez-Mendoza was removed from the United States to Mexico through Nogales, Arizona, on or about August 26,

2018, pursuant to a final order of removal issued by an immigration official. There is no record of Monarrez-Mendoza in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Monarrez-Mendoza's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Marcos Antonio Monarrez-Mendoza was convicted of Use of a Communication Facility to Facilitate a Drug Trafficking Crime and Aiding and Abetting, a felony offense, on May 30, 2013, in the United States District Court, Northern District of Texas-Amarillo. Monarrez-Mendoza was sentenced to forty-eight months' imprisonment, and one year of supervised release. Monarrez-Mendoza's criminal history was matched to him by electronic fingerprint comparison.

5. On or about November 24, 2022, Marcos Antonio Monarrez-Mendoza was advised of his constitutional rights. Monarrez-Mendoza freely and willingly acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, I submit there is probable cause to believe that on or about November 23, 2022, Marcos Antonio Monarrez-Mendoza, an alien, was found in the United States at or near Phoenix, Arizona, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near

Nogales, Arizona, on or about August 26, 2018, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

7. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

**BRIAN B BOONE**
Digitally signed by BRIAN B BOONE
Date: 2022.11.25 08:41:30 -07'00'

Brian Boone,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to telephonically
this 25th day of November, 2022.

HONORABLE John Z. Boyle,
United States Magistrate Judge