```
Kamille R. Dean, #024288
LAW OFFICES OF KAMILLE DEAN, P.C.
4545 N. 36th St., Ste 202
Phoenix, AZ 85018
Office Phone (602) 252-5601
Cell Phone (602) 516-5909
Facsimile (602) 916-1982
kamille@kamilledean.com
```
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br>vs.<br><br>Marcos Antonio Monarrez-Mendoza,<br>a.k.a. Jesus Santana-Chaparro,<br><br>　　　　Defendant. | Case No.: 2:22-mj-08413-JZB<br><br>**EXHIBITS TO DEFENDANT'S SENTENCING MEMORANDUM IN SUPPORT OF MOTION FOR DOWNWARD VARIANCE FROM THE UNITED STATES SENTENCING GUIDELINES AND RECOMMENDED SENTENCE**<br><br>(*Assigned to Hon. Douglas L. Rayes, U.S. District Judge*) |

To the Honorable Douglas Rayes:

By and through his counsel of record, Marcos Antonio Monarrez-Mendoza (hereinafter "Mr. Monarrez-Mendoza"), by and through undersigned counsel, respectfully submits his exhibits to his Sentencing Memorandum for the Court's review and consideration prior to his sentencing hearing, which is currently scheduled for May 15, 2023 at 2:45 p.m.

**RESPECTFULLY SUBMITTED** May 12, 2023.

By: /s/ *Kamille R. Dean*
**LAW OFFICES OF KAMILLE DEAN, PC**
Attorney for Defendant
Marcos Antonio Monarrez-Mendoza

# PROOF OF SERVICE

I am employed in the County of Maricopa, State of Arizona. I am over the age of 18 and not a party within the action; my business address is LAW OFFICES OF KAMILLE DEAN, P.C., 4545 North 36th Street, Suite 202, Phoenix, Arizona 85018.

On May 12, 2023, I emailed the document described as: **EXHIBITS to DEFENDANT MARCOS ANTONIO MONARREZ-MENDOZA SENTENCING MEMORANDUM** to Hon. Douglas L. Rayes, District Court Judge and United States Attorney Gary M. Restaino.

_____

Executed on May 12, 2023.

/s/ Kamille Dean
Kamille R. Dean, Esq.

_____

# EXHIBIT A

This letter is to the person reading it I am his daughters best friend Paulina Orrantia I don't see my friend Alexis Monarroz She used to like going out and now she doesn't. She used to be a talkautivy person and now she isn't anymore. She used to be a happy, nice friend and I feel it effecting our friendship. I miss my old friend. I feel it effecting her with School and her grades. She used to be helpful Student.

Sincerely-
Paulina Orrantia

To whom in my concern, Knowing Alexis case with her father has impacted her in ways that she has not been talking as much as usual with me and her friends. She has also has been very stress with the case that it has affected her educational wise. Her health has been very bad due to the case that has caused her to lose a bit a weight which is caused due to her less eating. The case has also affected her in ways that she cries herself to sleep. One thing important that affected her is these days cause of Christmas. Alexis had the illusion to spend Christmas with her father and family. She has missed a lot of opportunities to spend with her father. This case has impacted her so much but works hard to help his father.

Sincerely,
Juan Orrantia

To whom in my concern,

Hi, I'm Joel Quezada. I'm one of Alexis Monarrez's friends, and when her father Marcos Monarrez was arrested many times, she doesn't speak. She feels very depressed. We try to be better with her, but it's too strong for her. She doesn't want to go out with us. This hurts all of us, all of her friends don't want her to be like this, we want her to be the same as before, we don't want her to suffer anymore

Sincerely,
Joel Quezada

To whom it may concern,

I am writing this letter on behalf of Alexis Monarrez about the case of her father Marcos Monarrez. This situation has really impacted his daughter, Alexis, negatively in many ways. She is currently suffering from depression. She does not seem like the happy girl she once was. She has lost weight due to her not eating properly. Her grades have been negatively impacted as well. Her father is an important part of her support system. This girl is dealing with so much as of right now including her mother's health. I know her mother suffers from high levels of diabetes, hypertension, and additional health problems. This is too much for a 17 year old girl to be dealing with. Alexis is on her last year of high school so that is enough stress on her already. She needs her father to help her lead the family. Marcos is a loving father and a great husband. He deserves to be with his family and lead his family through these hard times.

Sincerely,
Parla Arrantia

To whom it may concern,

I am Alexis Monarrez friend. This case has really affected her badly that has made her change. Alexis does not talk in our friend group anymore as much like before. She has been doing very bad in school and has not been eating as much. All of this is because she misses her dad so much which has led to depression. The time that it has impacted her was during the holidays. She normally spends it with her family but, this year was not great for her. She wishes and truly believes that one day soon she will be connected again with her father. Marcos Monarrez is an amazing person and very respectful. He is so hardworking. He does everything just to put a smile on her familys face, and wants the best for her daughter and family.

Sincerely,

Paulina Orrantia

Dear Judge,

I am more than happy to write this letter a part of Alexis Monarrez about the case of her father, Marcos Monarrez. The case of her father has affected her negatively. This has made her feel down during these times especially during Thanksgiving, Christmas and New years. This has caused her to be depressed because she always spends her holiday with him and enjoys the time but, this year was not happy for her. It affected her to be less motivated and has been doing bad in school because she can't stop thinking about her dad and that she continues to miss him a lot. Marcos Monarrez is an amazing guy and he is also very caring to everyone he meets and loves his family very much. He works very hard to bring food in his family table but also, so that he could give his family what they need. He is a very nice guy, very loving to kids and grandkids. He makes sure to spend a lot of time with the people he loves and he appreciates everything.

Sincerely,

Juan Orrantia

# EXHIBIT B

Marcos Monarrezz
6331 w Cochise dr
Glendale, Az 85302
602-668-8132
Marcosmonarrez.17@icloud.com
12/2/2022

To whom it may concern,

   My name is Marcos Monarezz, I am 23 years old. I am the son of Marcos A. Monarezz Mendoza. When I heard about the incident that happened with my father I was in disbelief and troubled as he is a rather solid person. It for that reason that I am writing this letter for Marcos A. Monarezz Mendoza regarding this matter. I do understand their seriousness of this matter, however I do hope you will show some leniency.

   For as long as I can remember my father has always been a hard working individual. Marcos A. Monarezz Mendoza has worked and is currently working remolding and fixing houses for over 20+ years. He's a very responsible and trust worthy person. All my life when I ever needed him he has always been there to help and support me. I have a very close relationship with my father as all my family is very close. Not only is he a hardworking person but also very family oriented. With that being said my father has all the support from us to get on a better path then where he was.

   It is in my sincere hope you take this letter into consideration. Despite the current case my father is an honorable and great human being. He is an individual I respect deeply for the type of character his is.

Sincerely,

Marcos Monarezz

To whom it may concern,

My Dad ( Marcos Monarrez Mendoza) is a loving father. He is not my father by blood but he is my father none the less he has been in my life since was 6 years old I know no other father. He is a good man and a great husband. He not only does what he can for those he loves he works really hard for those he loves. His biggest downfall is trusting people and they tend to get him in trouble he is a good man and should be given a chance to prove that.

His Loving Son,

Jorge Guillen

Your honor,

I am writing this letter to you to provide a character reference about Marcos Monarrez Mendoza.

I would like to introduce myself as Evelyn Pulido (daughter in-law). I have known him for a couple of years, he is my 2 year old son's grandfather. I can say he has been an amazing father thats loves his children and grandfather that treats him as his own. He loves him so much their bond is un separable. My son even calls him dad. He would help me babysit 1 day a week every week, he was always giving me a hand helping his grandson and i, wether it was babysitting or helping me with my car maintenance he is like another father to me. He is a very caring and loving person to his children and to his first and only grandson that he adores so much. It is my sincere hope that the court takes my letter into consideration and a fair decision.
For an further questions please don't hesitate
to contact me.
Sincerely,
Evelyn Pulido
(520) 388-0313

12-06-2022

To Whom it may Concern
this Letter in refrense to
Mr. Marcos Antonio Monnarrez
Mendoza, My name is
Richardo Tavizon I am his Brother
in-Law and the time that I have
Known him he has been really
Respectfull and responsible person
and very Loving with his children
he has always cared for them and
Showed them the values of being
right and wrong and to always choose
the correct path and to stay in school.
he take a big roll in there Life
and specially his youngest daughter
that goes to School to be some one in
Life.

Sinceily Richardo.

This Letter is to whom it concerns Marcos Monarrey has been my step father since I was 9 years old after not having a father he became one to me and has been a great roll model and has always taught me and my siblings to always be a better person and to become someone in life by becoming a high school graduate to be a dr., lawyer, or teacher all of this is hurting us bad because it affects my sister and us alot due to him being a good and caring person please take in consideration him on staying here to keep helping us be a better person.

Adele Smith

12-04/2022.

To whom it may concern, this letter is a Refference to my grandpa Marcos monarrez. I his grand daughter Jaidie Rodriguez want to say that I feel like It is Effecting his daughter and i think she's about to fall into depression because she doesn't eat and she burly calls me we used to really close and now we aren't. I Just really want her to be the same happy person she was again. Her father was a Big part of her.

Sincerely -
Jaidie Rodriguez